UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. MICHAEL JAMES CULLIGAN, Defendant. | Case No. CR 20-00263-AB<br><br>**AMENDED**<br><br>**JUDGMENT CONTINUING SUPERVISED RELEASE** |
|---|---|

WHEREAS, on October 11, 2024, came the attorney for the government, AUSA, Aylin Kuzucan, and the defendant appeared with appointed counsel DFPD, Michael Alex Schachter. The defendant admits Allegations 1, 4, and 6, as set forth in the Petition of Probation and Supervised Release, filed October 7, 2024.

WHEREAS based on the admission of the defendant to Allegations 1, 4, and 6 and the Court having found the defendant to be in violation of the terms and conditions of supervised release imposed on February 16, 2022.

IT IS HEREBY ORDERED Mr. Culligan is to be continued on Supervised Release on the same terms and condition previously ordered with the modifications that he shall reside for a period not to exceed 60 days in a residential reentry center (community corrections component) as directed by the Probation Officer, and shall

1.

observe the rules of that facility, and participate in an outpatient substance abuse treatment and counseling program as directed by the Probation Officer, and shall forfeit all weapons seized at his home on October 1, 2024.

Defendant informed of his right to appeal.

Dated:  October 22, 2024         _____
                                 HONORABLE ANDRÉ BIROTTE JR.
                                 UNITED STATES DISTRICT COURT JUDGE